UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 15 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JOSEPH W. SMITH, )
 )
Plaintiff, )
 )
v. ) Civil Action No. 13-1489
 )
UNITED STATES DEPARTMENT )
OF JUSTICE, )
 )
Defendant. )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: Nov. 13, 2013